In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00022-CV

                                                ______________________________

 

 

 

                              IN THE INTEREST OF
B.G.M., A CHILD

 

 

                                                                                                  


 

 

                                       On Appeal from the 115th
Judicial District Court

                                                            Marion County, Texas

                                                          Trial Court
No. 08-00106

 

                                                      
                                            

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                     MEMORANDUM 
OPINION

 

            Bud
Marks and Rhonda Marks filed their notice of appeal from the final order in
suit affecting the parent-child relationship on March 24, 2010.

            The
clerk’s and reporter’s records were due to be filed with this Court on or
before May 6, 2010.  Appellants have
been found not indigent and have not appealed that ruling.  Therefore, they are responsible for paying or
making adequate arrangements to pay the clerk’s fees and the reporter’s fees
for preparation of the records.  See Tex.
R. App. P. 37.3(b), (c).

            On
June 8, 2010, we contacted counsel for the Markses by letter, giving him an
opportunity to cure the various defects, and warning him that if we did not
receive an adequate response within ten days, this appeal would be subject to
dismissal for want of prosecution.  See Tex.
R. App. P. 42.3(b), (c).

            Over
sixty days has now elapsed since the date of our letter.  No record has been filed, and we have
received no communication from counsel. 
Pursuant to Tex. R. App. P.
42.3(b), we dismiss this appeal for want of prosecution.

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date Submitted:          August 11, 2010

Date Decided:             August 12, 2010